**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CANYON CREST MASTERS ASSOCIATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-00488-APG-CWH<br><br>**ORDER STRIKING OVERSIZED BRIEF** |

　　　IT IS ORDERED that defendant Alessi & Koenig, LLC's memorandum of points and authorities in support of declaration of non-monetary status **(ECF No. 28) is STRICKEN** because it exceeds the page limits in Local Rule 7-3(b).

　　　DATED this 22nd day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE