Edward D. Boyack
Nevada Bar No. 005229
Christopher B. Anthony
Nevada Bar No. 009748
BOYACK OREM & ANTHONY
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117
(702) 562-3415
(702) 562-3570 (fax)
ted@boyacklaw.com
canthony@boyacklaw.com
Attorneys for CANYON CREST MASTERS ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. Successor by Merger to BAC Home Loans Servicing, LP formerly known as Countrywide Home Loans Servicing, LP;<br><br>Plaintiff,<br><br>v.<br><br>CANYON CREST MASTERS ASSOCIATION; RPL-PEBBLE CREEK BLUFF, LLC; and ALESSI & KOENIG, LLC;<br><br>Defendants.<br><br>RLP-PEBBLE BLUFF, LLC;<br><br>Counter-Claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A., Successor by Merger to BAC Home Loans Servicing, LP formerly known as Countrywide Home Loans Servicing, LP;<br><br>Counter-Defendants. | 216-cv-00488-APG-CWH<br><br>**SUBSTITUTION OF COUNSEL** |

```
 1 | RLP-PEBBLE CREEK BLUFF, LLC;
 2 |                Cross-Claimant
 3 | v.
 4 | CANYON CREST MASTERS ASSOCIATION
 5 | and ALESSI & KOENIG, LLC;
 6 |                Cross-Defendants.
```

## SUBSTITUTION OF COUNSEL

CANYON CREST MASTERS ASSOCIATION hereby appoints Christopher B. Anthony of BOYACK ORME & ANTHONY as its attorney of record in place of the law firm of ALESSI & KOENIG, LLC.

DATED this 24-TH day of APRIL ~~March~~, 2017.

CANYON CREST MASTERS ASSOCIATION

By: _____

Its: SEC/TRES

## ACCEPTANCE OF SUBSTITUTION

Christopher B. Anthony of BOYACK ORME & ANTHONY accepts as attorney of record for CANYON CREST MASTERS ASSOCIATION in the above-entitled matter.

DATED this ____ day of March 2017.

BOYACK ORME & ANTHONY

_____
EDWARD D. BOYACK, ESQ.
Nevada Bar. No. 005229
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 009748
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145

2

| | |
|---|---|
| 1 | RLP-PEBBLE CREEK BLUFF, LLC; |
| 2 | Cross-Claimant |
| 3 | v. |
| 4 | CANYON CREST MASTERS ASSOCIATION and ALESSI & KOENIG, LLC; |
| 5 | |
| 6 | Cross-Defendants. |

## SUBSTITUTION OF COUNSEL

CANYON CREST MASTERS ASSOCIATION hereby appoints Christopher B. Anthony of BOYACK OREM & ANTHONY as its attorney of record in place of the law firm of ALESSI & KOENIG, LLC.

DATED this ____ day of March, 2017.

**CANYON CREST MASTERS ASSOCIATION**

By: _____

Its: _____

## ACCEPTANCE OF SUBSTITUTION

Christopher B. Anthony of BOYACK OREM & ANTHONY accepts as attorney of record for CANYON CREST MASTERS ASSOCIATION in the above-entitled matter.

DATED this 27 day of April 2017.

BOYACK ORME & ANTHONY

_____
EDWARD D. BOYACK, ESQ.
Nevada Bar. No. 005229
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 009748
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

2

## CONSENT TO SUBSTITUTION

Steven T. Loizzi, Jr. of ALESSI & KOENIG, LLC hereby consents to this substitution of attorney of record for CANYON CREST MASTERS ASSOCIATION in the above-entitled matter.

DATED this 27th day of March, 2017.

ALESSI & KOENIG, LLC

_____
STEVEN T. LOIZZI, JR., ESQ.
Nevada Bar No. 010920
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147

APPROVED:

DATED: April 28, 2017

_____
UNITED STATES DISTRICT JUDGE