MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>CANYON CREST MASTERS ASSOCIATION; RLP-PEBBLE CREEK BLUFF, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00488-APG-CWH<br><br>**NOTICE OF DISASSOCIATION** |
| RLP-PEBBLE CREEK BLUFF, LLC;<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Counterdefendant. | |

{41776236;1}

RLP-PEBBLE CREEK BLUFF, LLC;

                Crossclaimant,

vs.

CANYON CREST MASTERS ASSOCIATION and ALESSI & KOENIG, LLC,

                Crossdefendants.

Plaintiff Bank of America, N.A., by and through its attorneys of record, the law firm Akerman LLP, hereby give notice that Miles N. Clark, Esq. is/are no longer associated attorneys.

Akerman, LLP continues to serve as counsel for Plaintiff Bank of America, N.A. in this action. All future correspondence and papers in this action should continue to be directed to Melanie D. Morgan, Esq. and Jamie K. Combs Esq. of Akerman, LLP.

Respectfully submitted, this 16th day of May, 2017.

**AKERMAN LLP**

/s/ Jamie K. Combs
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: May 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{41776236;1} 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the this 16th day of May, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

{41776236;1}3