# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00488-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| CANYON CREST MASTERS ASSOCIATION, et al., | |
| Defendants | |

As I stated in my prior order, counterclaimant RLP-Pebble Creek Bluff, LLC's cross claims against cross defendants Canyon Crest Masters Association and Alessi & Koenig, LLC remain pending. ECF No. 60.  The proposed joint pretrial order is now overdue.

I THEREFORE ORDER that by November 25, 2020, the remaining parties shall file a proposed joint pretrial order on the pending cross claims.  Failure to comply will result in dismissal of those claims with prejudice.

DATED this 10th day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE