UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>　　　Plaintiff<br><br>v.<br><br>CANYON CREST MASTERS ASSOCIATION, et al.,<br><br>　　　Defendants | Case No.: 2:16-cv-00488-APG-DJA<br><br>**Order (1) Dismissing with Prejudice Cross Claims against Alessi and (2) Granting Bank of America's Motion for Entry of Final Judgment** |

After my ruling on summary judgment, counterclaimant RLP-Pebble Creek Bluff, LLC's cross claims against cross defendants Canyon Crest Masters Association and Alessi & Koenig, LLC remained pending. ECF No. 60.  I directed the parties to file a proposed joint pretrial order on the pending cross claims. ECF No. 63.  I advised the parties that failure to comply would result in dismissal of those claims with prejudice. *Id.*

RLP and Canyon Crest thereafter filed a notice of settlement as to the claims between them. ECF No. 64.  Because RLP did not file a proposed joint pretrial order or a notice of settlement regarding its claims against Alessi, I dismiss those claims with prejudice.  And because it now appears that the remaining claims are resolved through settlement, I grant plaintiff Bank of America, N.A.'s motion for entry of final judgment on its declaratory relief claim and RLP's counterclaims for quiet title, injunctive relief, slander of title, and unjust enrichment.

I THEREFORE ORDER that RLP-Pebble Creek Bluff, LLC's cross claims against Alessi & Koenig, LLC are DISMISSED with prejudice.

I FURTHER ORDER that plaintiff Bank of America, N.A.'s motion for entry of final judgment under Federal Rule of Civil Procedure 54(b) **(ECF No. 62) is GRANTED** because there is no just reason for delay, given the resolution of all other claims between all other parties in the case. The summary judgment order (ECF No. 60) and related judgment (ECF No. 61) are now final under Federal Rule of Civil Procedure 54(b) for the claims and counterclaims between plaintiff Bank of America, N.A. and defendant/counterclaimant RLP-Pebble Creek Bluff, LLC.

I FURTHER ORDER RLP and Canyon Crest to file a stipulation to dismiss their remaining claims or a joint status report by March 1, 2021.

DATED this 1st day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE